UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO:<br><br>18-cv-17393-MAS-LHG (Bahaa Aly) | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN |

**STIPULATION AND ORDER**

WHEREAS, on October 15, 2021, the Court amended the Special Master appointment order in Consolidated Civil Action No. 15-7658 (ECF Nos. 870, 871) ("Amended Order");

WHEREAS, as part of its Amended Order, the Court adopted those parties' consented-to provision providing that the Hon. Lois H. Goodman, U.S.M.J., would handle all appeals stemming from Federal Rules of Civil Procedure 26 through 37 (the "Provision");

WHEREAS, considering the Court's appointment of the Hon. Dennis M. Cavanaugh, U.S.D.J. (ret.) as Special Master in *Aly, et al. v. Valeant Pharm. Int'l, Inc., et al.*, No. 18-cv-17393 (the "Action") on October 22, 2021 (ECF No. 69), the Court directed the parties to meet and confer and notify the Court by November 3, 2021, if they consent to the same Provision as adopted in the Amended Order (ECF No. 71) ;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the parties to the Action that, the parties consent to the same Provision in the Amended Order.

Stipulated and agreed to by:

DATED: November 3, 2021

**HUNG G. TA, ESQ. PLLC**

/s/ JooYun Kim
JooYun Kim
Hung G. Ta (*pro hac vice* forthcoming)
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (646) 453-7288
Fax: (973) 994-1744

*Counsel for Plaintiffs*

**SAFIRSTEIN METCALF LLP**

Peter Safirstein (*pro hac vice* forthcoming)
Elizabeth Metcalf (*pro hac vice* forthcoming)
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Counsel for Plaintiffs*

**DEBEVOISE & PLIMPTON LLP**

/s/ Matthew Joseph Petrozziello
Matthew Joseph Petrozziello
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice*)
Ada F. Johnson (*pro hac vice*)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**McCARTER & ENGLISH, LLP**

/s/ Richard Hernandez
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502
*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen*

**COOLEY LLP**

William J. Schwartz (*pro hac vice*)
Sarah Lightdale (*pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

**WINSTON & STRAWN LLP**

/s/ Joseph L. Motto
Joseph L. Motto (*pro hac vice*)
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193

Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

**SCHULTE ROTH & ZABEL LLP**

/s/ *Robert E. Griffin*
Robert E. Griffin
919 Third Avenue
New York, NY  10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn*

**So Ordered this 4th day of November 2021.**

_____
**Hon. Michael A. Shipp, U.S.D.J.**

3