UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> 18-cv-17393 (MAS) (RLS) | Master File No. 3:15-cv-07658-MAS-RLS <br><br> HON. MICHAEL A. SHIPP, U.S.D.J. <br><br> HON. RUKHSANAH L. SINGH, U.S.M.J. <br><br> HON. DENNIS M. CAVANAUGH <br> U.S.D.J. (RET.) SPECIAL MASTER |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bahaa Aly, Tina Davis, Philip Garland, and Erinch Ozada and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Ari S. Kellen, Deborah Jorn and Tanya Carro, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: September 24, 2025

So Ordered this 29th day of September 2025

_____[signature]_____
Honorable Michael A. Shipp, U.S.D.J.